BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CR-00267-LJO |
|---|---|
| Plaintiff, | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| RICHARD EARL NORTON, JR., | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Richard Earl Norton, Jr. it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.   Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Richard Earl Norton, Jr.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.   Real Property located at 1407 W. Garland, Fresno, CA 93705, APN 433-272-05;

   b.   2002 Ford Truck, California License Number 6W76958, VIN: 1FTZR44UX2TA53873;

   c.   2005 Chrysler Crossfire, California License Number 5RLT560, VIN: 1C3AN65L35X028891;

   d.   2005 BMW, Z4, California License Number

                5SNG021, VIN: 4USBT53585LU10677;

    e.    2007 Pontiac Solstice, California License Number 5ZXZ484, VIN: 1G2MG35X47Y120209;

    f.    2005 BMW, Z4, California License Number 6HBJ189, VIN: 4USBT5353LU09517;

    g.    Approximately $3,958.03 in United States Currency seized from Wells Fargo Account Number 3827372891;

    h.    Approximately $1,404.42 in United States Currency seized from Wells Fargo Account Number 9686392524;

    i.    Approximately $346,610.01 in United States Currency seized from PayPal Account Number 1816693317144903304; and

    j.    Approximately $157,989 in United States Currency, seized from defendant's residence at 1407 W. Garland, Fresno, CA.

2.    The above-listed assets constitute property that are proceeds of, and traceable to violations of 18 U.S.C. § 2314.

3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is the subject of the order of forfeiture as a substitute for published

notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

 5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

 IT IS SO ORDERED.

**Dated: November 9, 2010**   /s/ Lawrence J. O'Neill
              UNITED STATES DISTRICT JUDGE