BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CR-00267 LJO |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** <br> ) **TO CONTINUE MOTION HEARING DATE** |
| v. | ) Old Date:  April 15, 2011 <br> ) Old Time:  11:00 a.m. |
| RICHARD EARL NORTON, JR. | ) **Date:**   **May 20, 2011** <br> ) **Time:**   **11:00 a.m.** |
| Defendant. | ) **Court:**  **Four** <br> )         (Hon. Lawrence J. O'Neill) |

It is hereby stipulated between plaintiff United States of America and real party in interest City of Fresno, a municipal corporation, by and through their undersigned attorneys, in the above-entitled forfeiture action, as follows:

1.   This stipulation is executed by all parties who have appeared in this action to assert a claim regarding the property to be forfeited in this case.  The property to be forfeited is identified in the United States' Preliminary Order of Forfeiture filed November 10, 2011.

2.   The United States and the City of Fresno are attempting to reach an agreement regarding the claims of the City of Fresno concerning the property to be forfeited in this action, and require additional time in which to negotiate and obtain necessary approvals for any such agreement.

3. The parties respectfully request that the hearing on the City of Fresno's Petition for Ancillary Hearing, currently scheduled for April 15, 2011, be continued to May 20, 2011 or as soon thereafter as the matter may be heard, to allow the parties additional time to attempt to resolve this matter.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  April 4, 2011                              BENJAMIN B. WAGNER
                                                   United States Attorney


                                                   /s/ Kirk E. Sherriff
                                                   KIRK E. SHERRIFF
                                                   Assistant United States Attorney



                                                   JAMES C. SANCHEZ
                                                   City Attorney

Dated: 3/30/11                                     /s/ Michael D. Flores
                                                   MICHAEL D. FLORES
                                                   Deputy City Attorney
                                                   Attorneys for Real Party in Interest
                                                   CITY OF FRESNO


Good cause exists.  The matter will be moved as requested, at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   April 5, 2011**                         /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE