BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00267-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RICHARD EARL NORTON, JR., | |
| Defendant. | |

WHEREAS, on November 9, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Richard Earl Norton, Jr. forfeiting to the United States the following property:

      a.    Real Property located at 1407 W. Garland, Fresno, CA 93705, APN 433-272-05;[1]

      b.    2002 Ford Truck, California License Number 6W76958, VIN: 1FTZR44UX2TA53873;

      c.    2005 Chrysler Crossfire, California License

---

[1] A Final Order of Forfeiture for the real property located at 1407 W. Garland, Fresno, CA 93705, APN: 433-272-05 was entered on April 28, 2011.

|   |   |   |
|---|---|---|
|   |   | Number 5RLT560, VIN: 1C3AN65L35X028891; |
|   | d. | 2005 BMW, Z4, California License Number 5SNG021, VIN: 4USBT53585LU10677; |
|   | e. | 2007 Pontiac Solstice, California License Number 5ZXZ484, VIN: 1G2MG35X47Y120209; |
|   | f. | 2005 BMW, Z4, California License Number 6HBJ189, VIN: 4USBT5353LU09517; |
|   | g. | Approximately $3,958.03 in United States Currency seized from Wells Fargo Account Number 3827372891; |
|   | h. | Approximately $1,404.42 in United States Currency seized from Wells Fargo Account Number 9686392524; |
|   | i. | Approximately $346,610.01 in United States Currency seized from PayPal Account Number 1816693317144903304; and |
|   | j. | Approximately $157,989 in United States Currency, seized from defendant's residence at 1407 W. Garland, Fresno, CA. |

AND WHEREAS, beginning on December 11, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28

U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Richard Earl Norton, Jr.:

    a.    2002 Ford Truck, California License Number 6W76958, VIN: 1FTZR44UX2TA53873;

    b.    2005 Chrysler Crossfire, California License Number 5RLT560, VIN: 1C3AN65L35X028891;

    c.    2005 BMW, Z4, California License Number 5SNG021, VIN: 4USBT53585LU10677;

    d.    2007 Pontiac Solstice, California License Number 5ZXZ484, VIN: 1G2MG35X47Y120209;

    e.    2005 BMW, Z4, California License Number 6HBJ189, VIN: 4USBT5353LU09517;

    f.    Approximately $3,958.03 in United States Currency seized from Wells Fargo Account Number 3827372891;

    g.    Approximately $1,404.42 in United States Currency seized from Wells Fargo Account Number 9686392524;

    h.    Approximately $346,610.01 in United States Currency seized from PayPal Account Number 1816693317144903304; and

    i.    Approximately $157,989 in United States Currency, seized from defendant's residence at 1407 W. Garland, Fresno, CA.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   August 4, 2011**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture